Brooks v April (2018 NY Slip Op 04277)

Brooks v April

2018 NY Slip Op 04277 [31 NY3d 1102]

June 12, 2018

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

As corrected through Wednesday, August 22, 2018

[*1]

Tara Keating Brooks et al., Appellants,
v
Robert S. April, M.D., et al., Respondents.

Decided June 12, 2018

Brooks v April, 154 AD3d 564, reversed.

APPEARANCES OF COUNSEL

Kelner and Kelner, New York City (Gerard K. Ryan, Jr., of counsel), for appellant.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP, New York City (Judy C. Selmeci of counsel), for respondent.

{**31 NY3d at 1102} OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, and order of Supreme Court, New York County, reinstated. Plaintiffs' submissions rebutted defendants' prima facie showing of entitlement to summary judgment and raised triable issues of fact (see Burns v Goyal, 30 NY3d 956 [2017]). On this record, triable issues of fact preclude summary judgment in favor of defendants.
Concur: Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman.